IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARRIE WARREN, et al., ) | 2:07-CV-571-MHT |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv449-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Based on the representations made on the record at this morning's status conference, it is ORDERED as follows:

(1) The clerk of the court is to set up a separate lawsuit and file for plaintiff Kitty Williams-Archie and the defendants whom she has sued.

(2) The new file shall include: (a) a copy of this order; (b) a copy of the original and any amended complaints-in-intervention in this case; and (c) a copy of the docket sheet in this case.

(3) The purpose of this severance is for judicial management only. The court recognizes that the parties are not in agreement as to how these cases should be treated for trial. At a later time and as circumstances dictate, the court will entertain motions for consolidation or additional severance. Fed. R. Civ. P. 42.

DONE, this the 21st day of June, 2007.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE