IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**WILLIAMS-ARCHIE,**

    Plaintiffs,

Vs.                                    Case No.: CV 07-571 MHT

**STATE OF ALABAMA, et. Al.,**

    Defendants.

_____

## MOTION TO WITHDRAW

    Comes now plaintiff by and through counsel, and moves this court to withdraw Byron R. Perkins as counsel. As grounds:

1. Mr. Perkins is no longer associated with Wiggins, Childs, Quinn and Pantazis P.C.

2. Since Mr. Perkins left Wiggins, Childs, Quinn and Pantazis P.C., he has not had any involvement in the Crum litigation or any of its spin-off cases.

3. The Plaintiff is adequately represented and the withdrawal of Mr. Perkins will not prejudice the plaintiffs or the defendants or any manner alter the Court's scheduling order.

    **WHEREFORE**, counsel requests that this Court grant his motion.

                                      Respectfully submitted,

                                      /s/ Byron R. Perkins_____
                                      Byron R. Perkins (PER039)

**OF COUNSEL**
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, AL 35203
Tel:    205-244-1115
Fax:   205-244-1171
Email: BPERKINS@cochranfirm.com

# **CERTIFICATE OF SERVICE**

This is to certify that I have this 2nd day of July, 2007, I electronically filed a copy of the above and foregoing pleading using the CM/ECF system, which will send notice of such filing to the following:

Russell Wayne Adams    radams@wcqp.com, kallen@wcqp.com

Alice Ann Byrne    aliceann.byrne@personnel.alabama.gov, karen.mitchell@personnel.alabama.gov; heather.glarrow@personnel.alabama.gov

Rocco Calamusa , Jr    rcalamusa@wcqp.com, twiggins@wcqp.com

Joseph Hiram Calvin , III    jcalvin@wcqp.com

Richard Joe Ebbinghouse    rje@wcqp.com, wstephens@wcqp.com

Margaret L. Fleming    mfleming@ago.state.al.us, condef@ago.state.al.us; lgray@ago.state.al.us

Henry Lewis Gillis    hlgillis@tmgpc.com, lksteele@tmgpc.com

William Patton Gray , Jr    wgratty@aol.com

Willie Julius Huntley , Jr    huntfirm@bellsouth.net

Mai Lan Fogal Isler    mfi@chlaw.com, melissa@chlaw.com; roxie@chlaw.com

Brandy Murphy Lee    blee@cwp-law.com, phyllisg@cwp-law.com

Frank Decalve Marsh    jcroy@dir.state.al.us, kgunter@dir.state.al.us

James Alan Mendelsohn    jmendel@bellsouth.net

John J. Park , Jr    jpark@ago.state.al.us, condef@ago.state.al.us; mjackson@ago.state.al.us

Byron Renard Perkins    BPerkins@cochranfirm.com, JMoore@cochranfirm.com

Andrew Weldon Redd    redda@dot.state.al.us, fal! zonem@do t.state.al.us

Charles Wallace Reed , Jr    creed@cwp-law.com

Robert Jackson Russell , Sr    robert.russell@agi.alabama.gov, rjrsr@aol.com

Jenifer Champ Wallis    jwallis@cwp-law.com

Christopher W. Weller    cww@chlaw.com, anne@chlaw.com; roxie@chlaw.com

Gregory O'Dell Wiggins    gwiggins@wcqp.com, twiggins@wcqp.com

**Notice will be delivered by other means to:**

Alan H. Garber
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204

Scott A. Gilliland
111 9th Street North
Suite 400
Birmingham, AL 35203-3040

Kimberly C. Page
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204

                                                           /s/ Byron R. Perkins___
                                                           OF COUNSEL