IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KITTY WILLIAMS-ARCHIE,       )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )          2:07cv571-MHT
                             )
STATE OF ALABAMA, et al.,    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 6) is granted.

DONE, this the 9th day of July, 2007.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE